# United States Court of Appeals
### For the Eighth Circuit

_____

No. 15-1785
_____

Robert W. Orlick,

*Plaintiff - Appellant*,

v.

Grand Forks Housing Authority; Homestead Place, Inc.; Terry Hanson; Liz
Simpson; Brad Hillebrand; Sherrie LeQuire; Nancy Brandner; Matt Martin,

*Defendants - Appellees*,

------------------------------

Robert W. Orlick,

*Plaintiff - Appellant*,

v.

Mr. Warren Hanson,

*Defendant - Appellee*.
_____

Appeal from United States District Court
for the District of North Dakota - Fargo
_____

Submitted: September 30, 2015
Filed: October 8, 2015
[Unpublished]

_____

Before SMITH, COLLOTON, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Robert Orlick appeals after the district court[1] dismissed one of his pro se civil actions as barred by res judicata, and dismissed another of his pro se civil actions for failure to state a claim. He has filed an "emergency motion" on appeal. After careful de novo review, *see Laase v. Cty. of Isanti*, 638 F.3d 853, 856 (8th Cir. 2011); *Levy v. Ohl*, 477 F.3d 988, 991 (8th Cir. 2007), we conclude that Orlick's complaints were properly dismissed for the reasons explained by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B. The pending motion is denied.

_____

[1]The Honorable Alice R. Senechal, United States Magistrate Judge for the District of North Dakota, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).